NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TRACEY ALDERMAN,                          )
a/k/a TRACEY CARL ALDERMAN,               )
                                          )
            Appellant,                    )
                                          )
v.                                        )        Case No. 2D18-3278
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
_____    )

Opinion filed November 22, 2019.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco, Judge.

Tracey Alderman, pro se.

Ashley Moody, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, VILLANTI, and SMITH, JJ., Concur.